IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: DBSI Inc., et al. : | |
| Debtor. : | Civil Action No. 12-1217 GMS |
| ──────────────── | Bankruptcy Case No. 08-12687 |
| WAVETRONIX, LLC, : | AP No. 10-55963 |
| Appellant, : | |
| v. : | |
| JAMES R. ZAZZALI, et al, : | |
| Appellees. : | |

ORDER

At Wilmington this __10th__ day of July, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than August 12, 2013.

_____
CHIEF, UNITED STATES DISTRICT JUDGE