IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: DBSI Inc., et al.                     :

                    Debtor.                  :

_____             :        Civil Action No. 12-1217 GMS
                                                      Bankruptcy Case No. 08-12687
WAVETRONIX, LLC,                             :
                                                      AP No. 10-55963
                    Appellant,               :

          v.                                 :

JAMES R. ZAZZALI, et al,                     :

                    Appellees.               :

## ORDER

At Wilmington this ___10th___ day of July, 2013, having received a recommendation from

Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for

mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit

a proposed briefing schedule to the court no later than **August 12, 2013.**

_____
CHIEF, UNITED STATES DISTRICT JUDGE